UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PARKER JOHN DETWEILER,

    Plaintiff,

v.      Case No: 2:19-cv-343-FtM-29NPM

VINCENT SPARACINO, individually, ANGELA DRISCOLL, individually, and KEVIN J. RAMBOSK, as Sheriff of Collier County, Florida,

    Defendants.

**ORDER**

This matter comes before the Court on the remaining parties' Stipulation of Dismissal With Prejudice as to All Claims Against Defendants Sparacino, Driscoll and Rambosk (Doc. #41) filed on February 27, 2020. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __28th__ day of February, 2020.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record